UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case Number: 97-70775

Hon. Lawrence P. Zatkoff

VS.

Claim Number: C-50097

EVELYN COOKS, AKA WASHINGTON

        Defendant,
_____/
**PAMELA S. RITTER (P47886)**
**Attorney for Plaintiff**
**Holzman Ritter & Leduc PLLC.**
**28366 Franklin Road**
**Southfield, MI  48034**
**(248) 352-4340**
_____/

ORDER FOR WAGE ASSIGNMENT
At a session of said Court, held in the City of Port Huron
St. Clair Michigan on April 17, 2006

    Present:    HON. LAWRENCE P. ZATKOFF
                    U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that MARYCREST MANOR deduct the sum of $40.00 per pay from the wages of said defendant, EVELYN WASHINGTON, social security number: XXX-XX-7632 and transmit such sum to:

        U.S. Department of Justice
        NCIF
        P.O. Box 70940
        Charlotte, NC  28272-0940

    Please include account number C-50097.

      This wage assignment is to remain in effect until the balance of $5,123.58 is satisfied. The office of HOLZMAN RITTER & LEDUC PLLC. attorney for UNITED STATES OF AMERICA will notify MARYCREST MANOR when the remaining balance is less than $100.00 so that no overpayment is created.

      A copy of this order is to be served upon MARYCREST MANOR Payroll Department.

      s/Lawrence P. Zatkoff
      LAWRENCE P. ZATKOFF
      UNITED STATES DISTRICT JUDGE

Dated: April 17, 2006

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 17, 2006.

      s/Marie E. Verlinde
      Case Manager
      (810) 984-3290